# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **JONATHAN CRENSHAW** | **CIVIL ACTION NO. 5:23-cv-278 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN CADDO CORRECTIONAL CENTER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 9] previously filed herein, and having thoroughly reviewed the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion [Doc. No. 3] seeking miscellaneous relief is **DENIED** and the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 5] is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS, DONE AND SIGNED** in Chambers on this 17th day of July, 2023.

Terry A. Doughty
United States District Judge